IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROGER DALE GODWIN,

                                                                     ORDER

                Plaintiff,

                                                                   11-cv-80-bbc

     v.

SGT. CLARK, SGT. KUKA, STEVEN DOUGHERTY,
LT. P. JOHNSON and WARDEN RANDALL HEPP,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Roger Dale Godwin, a prisoner at the Jackson Correctional Institution, has filed this action, requesting that he court initiate a "John Doe" investigation of officials at the prison. However, this court cannot initiate criminal proceedings. State judges, not federal judges, preside over John Doe proceedings brought under Wis. Stat. § 968.26. If plaintiff wants to pursue criminal charges against defendants, he will have to contact law enforcement authorities or try to pursue John Doe proceedings in state court.

      Accordingly, IT IS ORDERED that plaintiff's "petition for John Doe proceedings," dkt. #1, is DISMISSED and the clerk of court is directed to close this case. Plaintiff will not

1

be responsible for a filing fee for this action.

Entered this 31st of January, 2011.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge